UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

Paid 285143

IN RE:  
PEDRO A. LLANES

CASE NO. 05-40019-BKC-AJC

APR 16 2010

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $ 1.21 remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

( ) The trustee has a balance of $ .00 remaining in her bank account which represents small dividends as defined by FRBP 3010.

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U. S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date: 4/15/10

NANCY N. HERKERT
CHAPTER 13 TRUSTEE

Copies to:

PEDRO A. LLANES  
9103 NW 171 LN  
MIAMI, FL 33018

MARY REYES, ESQ.  
782 NW 42 AVE  
SUITE 447  
MIAMI, FL 33126

COMMERCEBANK, N.A.  
VICTOR K RONES, ESQ  
PO BOX 190737  
MIAMI BEACH, FL 33119-0737

U.S. Trustee  
51 S. W. 1st Avenue  
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                      CASE NO.   05-40019-BKC-AJC
PEDRO A. LLANES

CHAPTER 13

PEDRO A. LLANES

9103 NW 171 LN
MIAMI, FL 33018


MARY REYES, ESQ.
782 NW 42 AVE
SUITE 447
MIAMI, FL 33126

COMMERCEBANK, N.A.                  --------$           1.21
VICTOR K RONES, ESQ
PO BOX 190737
MIAMI BEACH, FL 33119-0737
                                         UNDELIVERABLE/STALE
U.S. Trustee                             CLAIM REGISTER# 3
51 S.W. 1st Avenue
Miami, Florida 33130